BRICE W. MCDOWELL, Appellant, v. GLENS FALLS INSURANCE COMPANY, Respondent.— Order modified as stated in order entered hereon, and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIUS E. LEICHTER, Appellant, v. AUSTRIAN HEBREW FREE BURIAL ASSOCIATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

WILLIAM F. HICKEY and ELLEN HICKEY, Respondents, v. MARY PORTER and Others, Respondents. LEONARD WEILL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

HOLLAND SECURITY COMPANY, Appellant, v. GREENHUT COMPANY, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ULRICH DREXL, Appellant, v. MARGARETE DREXL, Respondent.— Order modified as stated in order entered hereon, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

INTEROCEAN FORWARDING COMPANY, INC., Appellant, v. CHARLES R. MCCORMICK & COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

OSCAR BAMBERGER and Another, Respondents, v. ALFRED B. COOKE and Others, Appellants.— Order modified as stated in order entered hereon, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

WILLIAM FEASTER, Respondent, v. GORDON LEE SCHEFFER, Appellant.— Order modified as stated in order entered hereon, and as modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

SADIE WEISS, Respondent, v. CHARLES THALER and Another, Appellants. — Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

DORA COHEN, Respondent, v. JACOB LOEB, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ARTHUR S. LURIA, Respondent, v. CHARLES H. DE WITT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.